UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MARIA BARRERA,

                Plaintiff,         Civil Case No.:1:20-cv-10947-RA

- against -                     **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

AIR EUROPA, LINEAS AEREAS, S.A.

                Defendant.

----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action by, between and against all of the parties be, and the same hereby is dismissed with prejudice, without costs to any party as against each other.

Dated: New York, New York
        May 11, 2021

SIMON & GILMAN, LLP

By_____
Barry Simon, Esq.
Attorneys for Plaintiff
91-31 Queens Blvd., Suite 411
Elmhurst, New York 11373
(718)459-6200
kgilman@simgil.com

CLYDE & CO US LLP

By_____
Andrew J. Harakas, Esq.
Philip R. Weissman, Esq.
Attorneys for Defendant
Air Europa, Lineas Aereas, S.A.
405 Lexington Avenue
New York, New York 10174
(212) 710-3900
andrew.harakas@clydeco.us
philip.weissman@clydeco.us

SO ORDERED:

_____
U.S.D.J.
Ronnie Abrams
May 12, 2021